# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **JENNIFER RUSH, individually and on behalf of all others similarly situated** ) <br><br> *Plaintiff* ) <br><br> v. ) <br><br> **MANCHAC ROOFING TX, LLC** ) <br><br> *Defendant* | Civil Action No. 4:26-cv-01293 |

## AFFIDAVIT OF SERVICE

I, Catherine OReilly, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 11, 2026, at 3:44 pm. I delivered these documents to MANCHAC ROOFING TX, LLC in Harris County, TX on March 13, 2026 at 4:39 pm at 149 Magellan Cir, Ste B, Webster, TX 77598-2035 by leaving the following documents with James Manchac who as Owner is authorized by appointment or by law to receive service of process for MANCHAC ROOFING TX, LLC.

SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, PLAINTIFF'S CLASS ACTION COMPLAINT

Race: White, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=29.526305,-95.1203471667
Photograph: See Exhibit 1

Total Cost: $143.00

My name is Catherine OReilly, I am 18 years of age or older, and my address is 1352 Shrub Oak Dr, League City, TX 77573-5272, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Galveston County   ,

  TX   on   3/16/2026  .

/s/ *Catherine OReilly*
_____
Catherine OReilly
+1 (281) 868-1797
Certification Number: PSC-27889
Expiration Date: 12/31/2027



Exhibit 1a)