United States District Court
Southern District of Texas
**ENTERED**
May 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER RUSH, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:26-cv-01293 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MANCHAC ROOFING TX, | § | |
| LLC, | § | |
| Defendant. | § | |

**ORDER**

The joint discovery and case management plan has been reviewed. Dkt 10.

The initial conference set for May 13, 2026, is CANCELLED. Dkt 4.

A further status conference may be requested upon reasonable explanation by any party.

The parties may file a draft scheduling and docket control order as requested in the joint discovery and case management plan.

SO ORDERED.

Signed on May 11, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge