United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER RUSH, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:26-cv-01293 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MANCHAC ROOFING TX, | § | |
| LLC, | § | |
| Defendant. | § | |

## ORDER

A class certification hearing is currently set for November 16, 2026. Dkt 8. The deadline for a motion for class certification was August 13, 2026. Id. No such motion was filed.

The class certification hearing is CANCELLED.

The parties filed a Joint Discovery and Case Management Plan on April 23, 2026. Dkt 10. It indicated that the parties would file a proposed amended scheduling order. Id at 3. No such filing was made.

No further activity appears on the docket since then.

The parties are ORDERED to file a joint status report by November 4, 2026, as to further proceedings necessary in this action.

Failure to make such filing will result in this action being dismissed without prejudice without further notice.

SO ORDERED.

Signed on October 27, 2026, at Houston, Texas.



Honorable Charles Eskridge
United States District Judge