# United States District Court
## Southern District of Texas
## Houston Division

| | | |
|---|---|---|
| Jennifer Rush<br>Plaintiff, | § | Civil Action No.<br>4:26−cv−01293 |
| | § | |
| | § | |
| vs. | § | Judge Charles Eskridge |
| | § | |
| | § | |
| Manchac Roofing TX, LLC<br>Defendant. | § | |

## Notice of Setting

Take notice that a Discovery Hearing is set as follows:

Friday, December 11, 2026, at 03:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, by video
515 Rusk Street
Houston, Texas 77002